MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLA F. OAKIE,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE<br><br>Defendant. | Case No.: 2:18-cv-01905-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant Nationstar Mortgage LLC (**Nationstar**) and Nicola F. Oakie (**Oakie**) (collectively **parties**) stipulate and agree as follows:

The parties hereby stipulate and agree Nationstar's time to respond to the Oakie's complaint (ECF No. 1) filed on October 2, 2018 shall be continued from October 23, 2018 to November 21, 2018.

This is the first request for an extension of this deadline. Nationstar requests the additional time to afford it the opportunity to adequately respond to the Oakie's complaint.

The parties submit this request in good faith without the purpose of undue delay.

/ / /

/ / /

/ / /

/ / /

1

**AKERMAN LLP**
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

DATED this 15th day of October, 2018.

| **AKERMAN LLP** | **HAINES & KRIEGER, LLC** |
|---|---|
| */s/ Thera A. Cooper* | */s/ David H. Krieger* |
| MELANIE D. MORGAN, ESQ. | DAVID H. KRIEGER, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 9086 |
| THERA A. COOPER, ESQ. | HAINES & KRIEGER, LLC |
| Nevada Bar No. 13468 | 8985 S. Eastern Avenue, Suite 350 |
| 1635 Village Center Circle, Ste. 200 | Henderson, Nevada 89123 |
| Las Vegas, Nevada 89134 | |
| | *Attorneys for Plaintiff Nicola F. Oakie* |
| *Attorneys for Defendant* | |
| *Nationstar Mortgage LLC* | |

IT IS SO ORDERED:

**ORDER**

_____
**UNITED STATES MAGISTRATE JUDGE**

October 17, 2018
_____
**DATED**